IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOSH WARREN TRUITT | § | |
| v. | § | CIVIL ACTION NO. 6:12CV617 |
| RESMAE MORTGAGE CORP., *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #14) recommends that Defendants' Motion to Dismiss (document #11) be granted and that the complaint be dismissed with prejudice. An acknowledgment of receipt card reveals that Plaintiff received the Report and Recommendation via certified mail on February 12, 2013. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss (document #11) is **GRANTED** and the complaint is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 6th day of March, 2013.**

　　　　　　　　　　　　　　　　　　　　　　
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Page 1 of 1